**FILED**

JAN 11 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TRENDSETTAH USA, INC.; TRENDSETTAH, INC., Plaintiffs-Appellants, v. SWISHER INTERNATIONAL, INC., Defendant-Appellee. | No. 20-56016 D.C. No. 8:14-cv-01664-JVS-DFM Central District of California, Santa Ana ORDER |

Before: RAWLINSON and WATFORD, Circuit Judges, and RAKOFF,[*] District Judge.

Trendsettah's Motion To Amend Mandate, filed December 12, 2022, is DENIED. The district court is free on remand to conduct further proceedings consistent with our opinion, including determining the amount of prejudgment and post-judgment interest owed to Trendsettah. *See Planned Parenthood of the Columbia/Willamette Inc. v. Am. Coal. of Life Activists*, 518 F.3d 1013, 1018-19 (9th Cir. 2008) (explaining that Federal Rule of Appellate Procedure 37(b) "governs *only* when our mandate modifies or reverses a judgment with a direction that a money judgment be entered in the district court") (internal quotation marks

---

[*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.

omitted) (emphasis in the original); *see also Adrian v. Town of Yorktown*, 620 F.3d 104, 105-07 (2d Cir. 2010) (concluding that Federal Rule of Appellate Procedure 37(b) did not apply when the court of appeals remanded "for proceedings consistent with the summary order, *including* reinstatement of the jury award of $150,000") (alteration omitted) (emphasis added).